UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN MITCHELL,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.

CIVIL ACTION NO. 24 Civ. 5513 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 25, 2025, the Court directed pro se plaintiff Carolyn Mitchell to file a letter advising the Court as to the status of her efforts to retain counsel. (See ECF No. 29 ("Apr. 25 Order")). Ms. Mitchell has failed to abide by this Order. As a one-time courtesy, the Court sua sponte EXTENDS Ms. Mitchell's deadline to comply with the Apr. 25 Order to **Friday, May 9, 2025.**

Dated:     New York, New York
           May 5, 2025                           SO ORDERED.

                                                                             **SARAH L. CAVE**
                                                                       **United States Magistrate Judge**