CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

May 30, 2025

<u>Via ECF</u>
Hon.  Sara L. Cave
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re: <u>Mitchell v. SSA</u>
           24 Civ. 5513 (SLC)

Dear Judge Cave:

 Ms. Mitchell has retained me to represent her in this action and I am filing my Notice of Appearance with the Clerk of the Court today.

 I hereby respectfully request an extension of time to complete Ms. Mitchell's motion papers, which are currently due today.  With the kind consent of opposing counsel, Heather Sertial, I ask that plaintiff's papers be due on July 1, 2025.

 Thank you for Your Honor's consideration of this request.

                 Respectfully submitted,

                 <u>*Christopher J. Bowes, Esq.*</u>
                 Christopher J. Bowes, Esq.

Cc: Heather Sertial, Esq.

---

Plaintiff's letter-motion at ECF No. 34 is GRANTED. Plaintiff shall file her opposition to Defendant's Motion to Dismiss by **Tuesday, July 1, 2025.**

SO ORDERED. 6/2/25   *[signature]*
SARAH L. CAVE
United States Magistrate Judge