CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

July 1, 2025

<u>Via ECF</u>
Hon. Sarah L. Cave
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re: <u>Mitchell v. SSA</u>
           24 Civ. 5513 (SLC)

Dear Judge Cave:

  I am writing to request an extension of time in which to file plaintiff's Motion for Judgment on the Pleadings and in Opposition in this case. Plaintiff's papers are due to be filed today, July 1, 2025. This is the plaintiff's second request for an extension of time and is made with consent of opposing counsel.

  I deeply regret seeking a second extension in this matter and am aware that Ms. Mitchell's case has been pending for some time. However, my schedule over the past week has been upended by the rescheduling of an administrative hearing to today for a mentally ill client at risk of homelessness and several other matters that have gone well beyond their anticipated due dates. Compounding my problem is that I have a long-scheduled two week vacation starting tomorrow, July 2, 2025, which has also required juggling multiple deadlines. With the kind consent of opposing counsel, Timothy Razel, I respectfully request permission to file Ms. Mitchell's papers by July 29 2025.

  Thank you for Your Honor's consideration of this request.

                Respectfully submitted,

                <u>*Christopher J. Bowes, Esq.*</u>
                Christopher J. Bowes, Esq.

Cc: Heather Sertial, Esq.
   Timothy Razel, Esq.
   Attorneys for defendant

---

Plaintiff's letter-motion at ECF No. 36 is GRANTED. Plaintiff shall file her opposition to Defendant's Motion to Dismiss by **Tuesday, July 29, 2025.** Defendant shall file a reply, if any, by **Tuesday, August 19, 2025.**

The Clerk of the Court is respectfully directed to close ECF No. 36.

SO ORDERED 7/1/25 */s/ Sarah L. Cave*
              SARAH L. CAVE
              United States Magistrate Judge