UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
CAROLYN MITCHELL,
ON BEHALF OF A.P.M., A MINOR,

                              Plaintiff,              24 **CIVIL** 5513 (SLC)

     -v-                                           **JUDGMENT**

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 20, 2025, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

**Dated:** New York, New York

      August 20, 2025

                                                    **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                       **BY:**          K. Mango

                                                     **Deputy Clerk**