CHRISTOPHER JAMES BOWES, ESQ
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax:    (631) 929-1700
          CJB-8865
Attorney for Plaintiff

> The Court is in receipt of Plaintiff's notice of her motion for attorneys' fees and request to defer the filing of the memorandum of law at Dkt. No. 45.  The request is GRANTED IN PART.  Plaintiff's memorandum of law shall be deferred for 30 days and shall be due on **Monday, December 22, 2025.**  Defendant's opposition shall be due on **Wednesday, January 21, 2026.**  Plaintiff's reply, if any, shall be due on **Wednesday, February 4, 2026.**
>
> SO ORDERED    11/20/25    *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CAROLYN MITCHELL,                                             :         NOTICE OF
o.b.o. A.P.M., a minor,                                              :         FOR ATTORNEYS FEES
       Plaintiff,                                                         :         PURSUANT TO
                                                                                          28 U.S.C. § 2412
                                                                              :
   -against-                                                                               24-civ-5513-SLC
                                                                              :
,                                                                                       :
COMMISSIONER OF SOCIAL SECURITY,
                                                                              :
       Defendant.
-------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the accompanying Declaration of Christopher James Bowes, dated November 20, 2025 plaintiff will move this Court before Honorable Sarah L. Cave, United States District Court Magistrate Judge presiding, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, 10007 on submission, for an order, on submission, for an order:

      (1)  Accepting plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), as timely filed; and

      (2)    Granting plaintiff leave to defer filing a memorandum of law in support of her application for fees for a period of 60 days to permit the parties an opportunity to reach settlement of the fee issue; and

      (3)  for such other and further relief as this Court may deem just and proper.

Dated: Shoreham, New York
November 20, 2025

                                                                           Respectfully submitted,

                                                                   */s/Christopher James Bowes*
                                                                  CHRISTOPHER JAMES BOWES, ESQ.
                                                                  54 Cobblestone Drive
                                                                  Shoreham, New York 11786
                                                                  Tel.: (212) 979-7575
                                                                  Fax:    (631) 979-1700
                                                                  CJB-8865
                                                                  Attorney for Plaintiff


To:    Heather Sertial, Esq.
         Special Assistant United States Attorney
         Social Security Administration
         6401 Security Boulevard
         Baltimore NY 20235
         Attorneys for Defendant